IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE THE HONORABLE RICHARD K. EATON, JUDGE

| | |
|---|---|
| KINGTOM ALUMINIO SRL,<br><br>  Plaintiff,<br><br>and<br><br>INDUSTRIAS FELICIANO ALUMINUM, INC., J.L TRADING CORP., AND PUERTAS Y VENTANAS J.M. INC.,<br><br>  Consolidated Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>  Defendant<br><br>and<br><br>ALUMINUM EXTRUSIONS FAIR TRADE COMMITTEE<br><br>  Defendant-Intervenor. | Court No. 22-00079 |

## RESPONSE OF PLAINTIFF AND CONSOLIDATED PLAINTIFFS TO DEFENDANT-INTERVENOR'S MOTION TO STAY

Pursuant to Rule 7(d) of the Rules of this Court, as well as the Court's July 22, 2022 Order Staying Entry of a Scheduling Order, ECF No. 27, Plaintiff Kingtom Aluminio SRL and Consolidated Plaintiffs Industrias Feliciano Aluminum Inc., JL Trading Corp., and Puertas y Ventanas J.M., Inc., hereby file their response to Defendant's July 8, 2022 Motion to Stay, ECF No. 26. In light of the dispositive and uncontested remand determination in *Global Aluminum Distributor, LLC et. al v. United States*, Consol. Ct. No. 21-00198, as well as the uncontested joint motion in that case to enter judgment pursuant to the remand results, Plaintiff

1

and Consolidated Plaintiffs hereby withdraw their opposition to the motion of Defendant-Intervenor and leaves the decision with respect to the stay to the sound discretion of the Court.

                                              Respectfully submitted,

/s/ Brady W. Mills
Brady W. Mills
Donald B. Cameron
Julie C. Mendoza
R. Will Planert
Mary S. Hodgins
Eugene Degnan
Edward J. Thomas III
Jordan L. Fleischer
Nicholas C. Duffey

**MORRIS MANNING & MARTIN LLP**
1401 Eye Street, NW, Suite 600
Washington, D.C. 20005
(202) 216-4116

*Counsel to Plaintiff Kingtom Aluminio SRL*

Dated:  July 28, 2022

/s/ Beth Carole Ring
Beth Carole Ring

**SANDLER, TRAVIS & ROSENBERG, PA**
675 Third Avenue, Suite 1805-06
New York, NY 10017

*Counsel to Consolidated Plaintiffs Industrias Feliciano Aluminum, Inc., JL Trading Corp., and Puertas y Ventanas J.M., Inc.*

Dated:  July 28, 2022