**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: THE HONORABLE RICHARD K. EATON, JUDGE**

| | |
|---|---|
| KINGTOM ALUMINIO S.R.L.,<br><br>Plaintiff,<br><br>and<br><br>INDUSTRIAL FELICIANO ALUMINUM, INC., J.L. TRADING CORP., and J.M. INC.,<br><br>Consolidated Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant,<br><br>and<br><br>ALUMINUM EXTRUSIONS FAIR TRADE COMMITTEE,<br><br>Defendant-Intervenor. | Court No. 22-00079 |

**MOTION TO STAY**

Pursuant to Rules 1 and 7 of the Rules of this Court and the Court's August 24, 2022 Order, Plaintiff Kingtom Aluminio SRL; Consolidated Plaintiffs Industrias Feliciano Aluminum, Inc., J.L Trading Corp., J.M. Inc.; Plaintiff-Intervenors Hialeah Aluminum Supply, Inc., and Classic Metals Suppliers Corp.; Defendant the United States, and Defendant-Intervenor Aluminum Extrusions Fair Trade Committee (collectively, the "parties") hereby move that this Court order a stay of further proceedings in this matter until the deadline for appeal has passed in *H&E Home, Inc. et al v. United States*, No. 21-337, *i.e.*, until September 9, 2024. *See* Order, *Kingtom Aluminio SRL v. United States*, No. 22-79 (Ct. Int'l Trade Aug. 24, 2022), ECF No. 32.

The parties propose to file on September 23, 2024 the joint status report ordered by the Court in its August 24, 2022 order. *Id.*

On August 22, 2022, Defendant, the United States, moved for a stay in this action until judgment was entered in *H&E Home, Inc. et al v. United States*, No. 21-337. *See* Joint Status Report, *Kingtom Aluminio SRL v. United States*, No. 22-79 (Ct. Int'l Trade Aug. 22, 2022), ECF No. 31. On August 24, 2022, the court stayed this action until judgment was entered in *H&E Home* and ordered the parties to file a joint status report fourteen days after the entry of judgment. *See* Order, *Kingtom Aluminio SRL v. United States*, No. 22-79 (Ct. Int'l Trade Aug. 24, 2022), ECF No. 32. On July 9, 2024, the court entered judgment in *H&E Home Inc. v. United States*. *See* Judgment, *H&E Home Inc. v. United States*, 21-337 (Ct. Int'l Trade July 9, 2024), ECF No. 119.

The parties request for this proceeding to remain stayed until the time has lapsed for parties to file an appeal of the judgment. The deadline for parties to appeal is September 9, 2024. Accordingly, the parties move that the court stay the deadline for the joint status report until fourteen days after the expiration of the time to file an appeal. The deadline to file an appeal is September 9, 2024, 60 days after the entry of judgment on July 9, 2024. *See* 28 U.S.C. § 2645(c). Therefore, the parties request that the joint status report in this matter be due September 23, 2024, 14 days after September 9, 2024.

This Court has the inherent power to control "the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. American Co.*, 299 U.S. 254 (1936). The decision to grant a stay is a matter "within the sound discretion of the trial court," and requires the court to "weigh competing interests and maintain an even balance." *Ashley Furniture Indus., Inc. v. United States*, 38 C.I.T. 912 (2014) (quoting Landis,

299 U.S. at 257; *Cherokee Nation of Okla. v. United States*, 124 F.3d 1413, 1416 (Fed. Cir. 1998)). In connection with any request for a stay, the Court must consider, *inter alia*, the competing interests of "the plaintiff, the defendant, non-parties, and even itself." *Georgetown Steel Co., LLC v. United States,* 259 F. Supp. 2d 1344, 1346 (Ct. Int'l Trade 2003).

Here, interests of judicial economy and efficiency weigh in favor of a stay. In this case, judicial economy and efficiency are served by allowing the parties time to consider potential appeal and timely file the appeal if needed.

For these reasons, the parties respectfully move that this Court stay this action until September 9, 2024. A proposed order is attached. Please contact the undersigned should you have any questions regarding this matter.

Respectfully submitted,

/s/ Brady W. Mills
Brady W. Mills
Donald B. Cameron
Julie C. Mendoza
R. Will Planert
Mary S. Hodgins
Eugene Degnan
Jordan L. Fleischer
Nicholas C. Duffey
Ryan R. Migeed
**MORRIS, MANNING & MARTIN LLP**
1333 New Hampshire Avenue, N.W., Suite 800
Washington, D.C. 20036

*Counsel to Plaintiff Kingtom Aluminio S.R.L.*

Dated: July 23, 2024

/s/ Beth Carole Ring
Beth Carole Ring
**SANDLER, TRAVIS & ROSENBERG, PA**
675 Third Avenue, Suite 1805-06
New York, NY 10017

*Counsel to Consolidated Plaintiffs Industrial Feliciano Aluminum Inc., J.L. Trading Corp., J.M., Inc.*

Dated: July 23, 2024

BRIAN M. BOYNTON
Principal Deputy Attorney General

Patricia M. McCarthy
Director

/s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

/s/ Augustus Golden / by Collin T. Mathias
AUGUSTUS GOLDEN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 507-6089
Facsimile: (202) 307-0972
Email: Augustus.J.Golden@usdoj.gov

OF COUNSEL:
Jesus Nieves Sanez
Attorney
Office of Chief Counsel
for Trade Enforcement & Compliance
U.S. Department of Commerce
1401 Constitution Avenue N.W.
Washington, D.C. 20230
Tel: (202) 482-1823
Email: jesus.saenz@trade.gov

*Attorneys for Defendant*

Dated: July 23, 2024

/s/ Alan H. Price
Alan H. Price
Robert E. DeFrancesco, III
Derick G. Holt
Enbar Toledano
Elizabeth S. Lee
John Allen Riggins
Paul A. Devamithran

**WILEY REIN LLP**
2050 M Street, NW
Washington, D.C. 20036
Tel: (202) 719-7000
Email: WileyTrade@wiley.law

*Counsel to Defendant-Intervenor Aluminum Extrusions Fair Trade Committee*

Dated: July 23, 2024

**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: THE HONORABLE RICHARD K. EATON, JUDGE**

KINGTOM ALUMINIO S.R.L.,

Plaintiff,

and

INDUSTRIAL FELICIANO ALUMINUM, INC., J.L. TRADING CORP., and J.M. INC.,

Consolidated Plaintiffs,

v.

UNITED STATES,

Defendant,

and

ALUMINUM EXTRUSIONS FAIR TRADE COMMITTEE,

Defendant-Intervenor.

Court No. 22-00079

**PROPOSED ORDER**

Upon consideration of the motion to stay, it is hereby

**ORDERED** that this case shall remain stayed until September 9, 2024, and it is hereby

**ORDERED** that the Parties shall file a joint status report by September 23, 2024.

**SO ORDERED.**

The Clerk of the Court is directed to forward copies of this Order to counsel for all parties.

______________________________
Honorable Richard K. Eaton, Judge

Dated: ___________________, 2024
New York, NY