UNITED STATES DEPARTMENT OF COMMERCE
Office of the General Counsel
OFFICE OF THE CHIEF COUNSEL FOR TRADE ENFORCEMENT & COMPLIANCE
Washington, D.C. 20230

March 4, 2025

**<u>FILED ELECTRONICALLY VIA CM/ECF</u>**

Mario Toscano
Clerk of the Court
U.S. Court of International Trade
One Federal Plaza
New York, NY 10278-0001

Re: Redetermination Pursuant to Court Remand Order in *Kingtom Aluminio S.R.L. et al., v. United States*, Court No. 22-00079

Dear Mr. Toscano:

Pursuant to the Court's order of November 6, 2025, please find attached the U.S. Department of Commerce's Redetermination Pursuant to Court Remand in the above-captioned action. Please note that the remand redetermination is being filed ahead of the Court's March 6, 2025, deadline. The remand redetermination is a public document.

In accordance with Court Rule 56.2(h)(1), filing of the administrative record index for the remand proceeding will follow under separate cover. Should you have any questions concerning the matter, please contact me at (202) 482-1823.

                                             Respectfully submitted,

                                             /s Jesus N. Saenz
                                             Jesus N. Saenz
                                             Senior Attorney
                                             Office of the Chief Counsel
                                                for Trade Enforcement & Compliance

Attachment

cc:

Augustus Jeffrey Golden
U.S. Department of Justice
Civil Division, National Courts Section
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
(202) 507-6089
(202) 307-0972 (fax)
augustus.j.golden@usdoj.gov

Brady Warfield Mills
Morris, Manning & Martin, LLP
1333 New Hampshire Avenue, NW.
Suite 800
Washington, DC 20036
(202) 216-4116
(202) 408-5146 (fax)
bmills@mmmlaw.com

Beth Carole Ring
Sandler, Travis & Rosenberg, PA
675 Third Avenue
Suite 1805-06
New York, NY 10017
(212) 549-0133
(212) 883-0068 (fax)
bring@strtrade.com

Alan Hayden Price
Wiley Rein, LLP
2050 M Street, NW.
Washington, DC 20036
(202) 719-3375
(202) 719-7049 (fax)
aprice@wiley.law