IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| KINGTOM ALUMINIO S.R.L.,<br><br>    Plaintiff,<br><br>and<br><br>INDUSTRIAS FELICIANO ALUMINUM, INC., ET AL.,<br><br>    Consolidated Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>and<br><br>THE ALUMINUM EXTRUSIONS FAIR TRADE COMMITTEE,<br><br>    Defendant-Intervenor. | Before: Hon. Richard K. Eaton, Judge<br><br>Consol. Court No. 22-00079 |

**DEFENDANT-INTERVENOR'S STATEMENT TAKING NO POSITION ON THE FINAL RESULTS OF REDETERMINATION PURSUANT TO COURT REMAND**

                Alan H. Price, Esq.
                Robert E. DeFrancesco, III, Esq.
                Elizabeth S. Lee, Esq.
                Paul A. Devamithran, Esq.

                WILEY REIN LLP
                2050 M Street NW
                Washington, DC 20036
                (202) 719-7000

                *Counsel to the Aluminum Extrusions Fair Trade Committee*

**Dated: April 4, 2025**

**Consol. Ct. No. 22-00079**

I. **STATEMENT OF NO POSITION ON REMAND DETERMINATION**

On behalf of the defendant-intervenor in this action, the Aluminum Extrusions Fair Trade Committee ("AEFTC"), we hereby notify the Court of International Trade that the AEFTC takes no position on the March 4, 2025, remand redetermination issued by the U.S. Department of Commerce. Final Results of Redetermination Pursuant to Ct. Remand (Mar. 4, 2025), ECF No. 45.

    Respectfully submitted,

    */s/ Robert E. DeFrancesco, III*
    Alan H. Price, Esq.
    Robert E. DeFrancesco, III, Esq.
    Elizabeth S. Lee, Esq.
    Paul A. Devamithran, Esq.

    **WILEY REIN LLP**
    2050 M Street NW
    Washington, DC 20036
    (202) 719-7000

    *Counsel to the Aluminum Extrusions*
    *Fair Trade Committee*

Dated: April 4, 2025

**Consol. Ct. No. 22-00079**

<u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Chamber Procedure 2(B)(1), the undersigned certifies that this brief complies with the word limitation requirement. The word count for Defendant-Intervenor's Statement Taking No Position on the Final Results of Redetermination Pursuant to Court Remand, as computed by Wiley Rein LLP's word processing system (Microsoft Word 2025), is 65 words.

<u>      /s/ Robert E. DeFrancesco, III     </u>
(Signature of Attorney)

<u>     Robert E. DeFrancesco, III     </u>
(Name of Attorney)

<u>Aluminum Extrusions Fair Trade Committee</u>
(Representative Of)

<u>April 4, 2025</u>
(Date)